1  BENJAMIN B. WAGNER
   United States Attorney
2  CAMIL A. SKIPPER
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2709
   Facsimile: (916) 448-2900
5
   Attorneys for Plaintiff
6  UNITED STATES OF AMERICA

**FILED**

AUG 1 6 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
           DEPUTY CLERK

**SEALED**

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

IN THE MATTER OF THE SEARCH OF: ) S.W. NO. 2:11-SW-341 EFB
                                )
THE PERSON OF SARAVY YEM        ) **ORDER RE: REQUEST TO SEAL**
                                ) **DOCUMENTS**
                                )

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the search warrant, application for search warrant, complaint, and arrest warrant in the above-captioned proceeding shall be filed under seal and shall not be disclosed to any person unless otherwise ordered by this Court, with the exception that a copy of the search warrant will be left at the scene of the search.

Date: August 16, 2011

*[signature]*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE